# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 24-09-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **JOSEPH ABE RACINE, JR.,** | |
| **Defendant.** | |

The United States filed an Unopposed Motion to Dismiss Indictment (Doc. 52). Having reviewed the government's motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the indictment in this case is **DISMISSED** with prejudice because after a psychological examination of the defendant, it has been determined that the defendant is mentally incompetent to proceed to trial and that there is not a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to proceed.

The hearing set for June 4, 2026 is VACATED.  The Defendant, Joseph Racine will be released from the Cascade County Detention Center on Thursday, June 4, 2026 at 2:30 p.m. to his Tribal Court appointed Guardian.

DATED this 3rd day of June 2026.


_____
Brian Morris, Chief District Judge
United States District Courts